# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SITO MOBILE R&D IP, LLC, and SITO MOBILE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THESTREET, INC., <br><br> Defendant. | C.A. No. 21-1571-CFC |

## DEFENDANT'S MOTION TO STAY PENDING *INTER PARTES* REVIEW AND COVERED BUSINESS METHOD REVIEW

Defendant TheStreet, Inc. ("TheStreet") respectfully moves to stay all proceedings in this action until final disposition, including the completion of any appeals, of all *inter partes* review and covered business method review proceedings, pending and future, concerning U.S. Patent Nos. 7,054,949; 7,689,706; 8,825,887; 9,026,673; 9,135,635; 9,135,636; 9,350,777; 9,380,088; 9,591,360; 9,756,362; 10,009,637; and 10,171,846; (collectively, the "Patents-in-Suit").

The grounds for this motion are set forth in TheStreet's Opening Brief in Support of Its Motion to Stay Pending *Inter Partes* Review and Covered Business Method Review, filed concurrently herewith.

| | |
|---|---|
| OF COUNSEL:<br><br>Syed M. Abedi<br>Jeffrey E. Danley<br>Thomas A. Shewmake<br>SEED IP LAW GROUP LLP<br>701 Fifth Avenue, Suite 5400<br>Seattle, WA 98104<br>Telephone: (206) 622-4900<br>SyedA@seedip.com<br>JeffD@seedip.com<br>TomShewmake@seedip.com<br><br>Dated:  December 29, 2021 | */s/  Travis S. Hunter*<br>Travis S. Hunter (#5350)<br>Renée Mosley Delcollo (#6442)<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>hunter@rlf.com<br>delcollo@rlf.com<br><br>*Attorneys for Defendant*<br>*TheStreet, Inc.* |

## Rule 7.1.1 Certification

I hereby certify that counsel for TheStreet, Inc. ("TheStreet") and SITO Mobile R&D IP, LLC and SITO Mobile, Ltd. ("SITO") verbally met and conferred regarding the subject of the foregoing motion on December 29, 2021. During the meet and confer, SITO informed TheStreet that it does not oppose TheStreet's motion.

      /s/ Renée Mosley Delcollo
    Renée Mosley Delcollo (#6442)