

Travis S. Hunter
Director
302-651-7564
hunter@rlf.com

January 14, 2022

**VIA CM-ECF**
The Honorable Colm F. Connolly
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

> Re: *SITO Mobile R&D IP, LLC v. TheStreet, Inc.*,
> C.A. No. 21-1571-CFC

Dear Judge Connolly:

I write on behalf of Defendant TheStreet, Inc. ("TheStreet") in response to the Court's January 13, 2022 Oral Order. TheStreet respectfully does not agree to a statutory estoppel under 35 U.S.C. § 315(e)(2).

Counsel is available at the Court's convenience if Your Honor has any questions.

Respectfully,

*/s/ Travis S. Hunter*

Travis S. Hunter (#5350)

cc: All Counsel of Record (via CM-ECF)