IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SITO MOBILE R&D IP, LLC and SITO MOBILE, LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 21-1571-CFC ) |
| THE STREET, INC., | ) ) |
| Defendant. | ) ) |

**ORDER**

Based on Defendant's letter filed today (D.I. 15), Defendant's Motion to Stay Pending Inter Partes Review and Covered Business Method Review (D.I. 11) is DENIED.

1.14.22
Date

_____
Chief Judge