IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SITO MOBILE R&D IP, LLC and SITO MOBILE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE STREET, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) Civ. No. 21-1571-CFC ) ) ) ) ) |

**ORDER SETTING RULE 16(b) CONFERENCE FOR PATENT CASE**

1. A telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Thursday, February 3, 2022 at 8:00 a.m.** Counsel for Plaintiff shall coordinate the call and email the dial-in information to chambers at cfc_civil@ded.uscourts.gov.

2. The parties shall confer about scheduling and discovery limitations, and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order for Patent Cases" **(revised on March 2, 2020),** available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order for Patent Cases" form. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

1/14/22
Date

_____
Chief Judge